## Ex Parte Rodriguez.

### Solicitud para que se expida mandamiento de Habeas Corpus.

No. 12.—Resuelto en Junio 6, 1903.

Costas.—Prisión Subsidiaria.—Una sentencia dictada por una Corte de Distrito condenando al acusado a prisión subsidiaria en defecto del pago de costas, es nula en cuanto á la pena *subsidiaria* por no haber ninguna disposición legal que la autorice.

Los hechos son los expresados en el caso No. 10.

Abogado del peticionario: *Sr. Falcón.*

Abogado del Pueblo: *Sr. del Toro*, Fiscal.

No. 12.—Decided June 6, 1903.

## Opinión del Tribunal.

*Resultando :* que el abogado Don Ramón Falcón presentó escrito á este Tribunal con fecha 5 del corriente solicitando se expidiera auto de Habeas Corpus á favor de Prisco Rodriguez, preso en la Cárcel de esta Ciudad en virtud de condena impuesta por la Corte de Distrito de Arecibo, en causa seguida al mismo por delito contra el derecho electoral.

*Resultando :* que librado mandamiento en la misma fecha al Alcaide de la Cárcel de esta Ciudad, tuvo lugar la vista del auto de Habeas Corpus, con asistencia é informe del Sr. Fiscal y del abogado representante de la parte.   Visto.

*Considerando :* que no hay disposición alguna que autorice la prisión subsidiaria por defecto del pago de las costas, cuando la pena principal es de prisión, como sucede en el presente caso, y procede la causa de Tribunal de Distrito.

*Considerando :* que, en tal concepto, es hoy ilegal la prisión que sufre Prisco Rodriguez.

*Se decreta* la excarcelación de dicho Prisco Rodriguez, y en su consecuencia se ordena al Alcaide de la Cárcel de San Juan que ponga inmediatamente en libertad al mismo, sin pago de costas.

Jueces concurrentes: Sres. Presidente, Quiñones, y Asociados, Hernández, Figueras y Sulzbacher.